Certificate Number: 05781-WAE-DE-041582737

Bankruptcy Case Number: 26-01852

05781-WAE-DE-041582737

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2026, at 6:43 o'clock PM PDT, Georgio Petrou completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Washington.

Date: October 20, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President